ORDERED.

Dated: July 18, 2019

_____
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

BRIAN J. GALLIMORE,   BANKRUPTCY CASE
                     NO.: 6:19-bk-01454-CCJ

    Debtor.
_____/

**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL**

**THIS MATTER** came on for consideration upon Trustee's Application to Employ Special Counsel (Doc. No. 11, the "Application"). This Court finds that proposed counsel does not hold or represent an interest adverse to the estate and is disinterested. Accordingly, it is

**ORDERED** the Court hereby approves the employment of Gus M. Centrone of Centrone & Shrader, PLLC and its Attorneys as special counsel to the Trustee in this bankruptcy case. No payment shall be made to counsel until authorized by further order of this Court, with counsel's fees and expenses, together with their payment, subject to further review by this Court upon application. Compensation will be determined later in accordance with 11 U.S.C. Section 330. The attorney's hourly rate is not guaranteed and is subject to review.

Arvind Mahendru c/o Centrone & Shrader, PLLC, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.